PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual: Shadeed Phillips          Cr.: 17-00483-001
                                              PACTS #: 3259003

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/07/2019

Original      Attempt and Conspiracy to Commit Fraud Wire Fraud, in violation of 18
Offense:      U.S.C. § 1349, a Class C Felony.

Original Sentence: 366 Days' imprisonment, 36 months' supervised release

Special Conditions: Special Assessment, Alcohol/Drug testing and Treatment, New Debt Restrictions, Financial Disclosure, and Self-employment/Business Disclosure. Phillips was also ordered to pay a $100 special assessment and restitution in the amount of $481,298.02 to be paid at a rate of $25 monthly

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/09/2020

### NONCOMPLIANCE SUMMARY

The individual has not complied with the following conditions of supervision:

Violation Number   Nature of Noncompliance

1                  **"The defendant shall make restitution in the amount of $481,298.02, The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and mailed to Clerk, U.S.D.C., 402 East State Street, Room 2020, Trenton, New Jersey 08608, for proportionate distribution. In the event the entire restitution is not paid prior to the commencement of supervision, you must satisfy the amount due in monthly installments of no less than $25, to commence 30 days after release from confinement."**

                   See narrative detailed below violation #2.

2                  **"You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. Ig you plan to change where you work or anything about your work (such as your position or your job responsibilities) you must notify the probation officer at least 10 days before the change. If notifying the probation officer as least 10 days in advance**

Prob 12A – page 2
Shadeed Phillips

is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

Due to the nature of the charges, evidentiary support regarding violations One and Two have been combined. Phillips has paid $45.00, towards his special assessment fee and restitution, with an outstanding balance of $481,298.02. Philips' last payment was made on July 27, 2021, in the amount of $20. The Probation Office notes this is Phillips only payment towards his special assessment or restitution. Phillips reported he was unemployed and not able to make any payments towards the restitution balance.

Previously, Phillips disclosed he was unable to secure employment due to the ongoing COVID-19 pandemic; however, as of recent, he disclosed having two (2) prospective jobs.

U.S. Probation Officer Action:

The Probation Office is recommending no Court action be taken at this time to allow Phillips additional time to secure employment and come into compliance with the restitution payment schedule. If Phillips non-compliance continues, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erin A. DeSilva*

By:   ERIN A. DESILVA
      U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*          8/5/2021
_____
ELISA MARTINEZ            Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Shadeed Phillips

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

8/10/21
_____
Date